Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Telephone: (408) 246-1515
Facsimile: (408) 246-4105
Email:	alexcpark@yahoo.com

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN HEE YOO; <br><br> Petitioner, <br><br> vs. <br><br> JOHN F. KELLY, Secretary of Department of Homeland Security; JAMES MCCAMENT, Director of U.S. Citizenship and Immigration Services; and DOES 1 through 20, inclusive. <br><br> Respondents. | Case No. 3:17-cv-02247-LB <br><br> SECOND STIPULATION TO CONTINUE HEARING AND EXTEND TIME OF BRIEFING FOR MOTION TO DISMISS; [~~PROPOSED~~] ORDER <br> **IT'S SO ORDERED AS MODIFIED** <br><br> Immigration Case |

1

Petitioner, by and through the attorney of record, and Respondents, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Petitioner filed this action on April 23, 2017, and served the Petition on or about June 28, 2017.
2. Respondent filed a Motion to Dismiss for Lack of Jurisdiction filed on August 28, 2017.
3. The filing of the Opposition to Motion to Dismiss for Lack of Jurisdiction was extended to be due to be filed by Petitioner on December 11, 2017. The current calendared hearing date for this motion is scheduled for January 4, 2018.
4. The parties believe that additional time for filing an opposition may facilitate resolution without the need for judicial intervention in this case. Both parties have indicated a willingness to work together to try to resolve this matter administratively, and agree that resolution will require some additional time.
5. This is the parties' second request for an extension of time, and the extension of time would affect no other deadlines in the case and is not for the purpose of undue delay.
6. The parties therefore request a continuance of the hearing date to April 26, 2018 at ~~9:00~~ 9:30 a.m. with extension of time for filing the Opposition to Motion to Dismiss for Lack of Jurisdiction to ~~15~~ 21 days prior to the new continued hearing date and with extension of time for filing the Reply to the Opposition to ~~10~~ 14 days prior to the new continued hearing date in this action.

2

| | | |
|---|---|---|
| 1 | Dated: December 27, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | LAW OFFICES OF ALEX C. PARK |
| 4 | | |
| 5 | | _/s/ Alex C. Park_<br>Alex C. Park, Attorney for Petitioner |
| 6 | s | |

3

| | | |
|---|---|---|
| 1 | Dated: December 27, 2017 | CHAD A. READLER |
| 2 | | Acting Assistant Attorney General |
| 3 | | Civil Division |
| 4 | | WILLIAM C. PEACHEY |
| 5 | | Director, Office of Immigration Litigation |
| 6 | | District Court Section |
| 7 | | JEFFREY S. ROBINS |
| 8 | | Assistant Director |
| 9 | | /s/ *Joseph A. Darrow* |
| 10 | | Joseph A. Darrow |
| | | Trial Attorney |
| 11 | | N.Y. Bar. No. 5326939 |
| 12 | | U.S. Dept. of Justice, Civil Division |
| | | Office of Immigration Litigation |
| 13 | | District Court Section |
| 14 | | P.O. Box 868, Ben Franklin Station |
| | | Washington, D.C. 20044 |
| 15 | | Telephone: (202) 598-2445 |
| 16 | | Facsimile: (202) 305-7000 |
| 17 | | Email: joseph.a.darrow@usdoj.gov |
| 18 | | |
| 19 | | Attorneys for Respondents |

4

SECOND STIPULATION TO EXTEND TIME
Case No. 3:17-cv-02247-LB

# ORDER

Pursuant to stipulation, IT IS SO ORDERED AS MODIFIED.

Date: 12/28/2017

_____
United States Magistrate Judge